UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21152-DPG

BEVERLY DOTTER

        Plaintiff,

vs.

NCL (Bahamas) LTD.,
A Bermuda Company.
d/b/a NORWEGIAN CRUISE LINES, INC.

        Defendant.
_____/

## PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Paul M. Hoffman, Esq. and Paul M. Hoffman, P.A. hereby files his Motion to Withdraw as Counsel of Record and states as follows:

1. Irreconcilable differences exist between counsel and this Plaintiff such that counsel's continued representation of this Plaintiff is impossible.

2. The differences are significant and cannot be reconciled or resolved.

3. It would be in this Plaintiff's best interest to proceed with this case with other counsel or *pro se* if she desires to proceed with the case.

4. Defendant does not object to this motion.

WHEREFORE, undersigned counsel for Plaintiff respectfully requests that his motion be granted.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that in accordance with Local Rule 7.1, I have conferred with all parties or non-parties who may be affected by the relief sought in the motion and conferred with counsel for Defendant who does NOT oppose the motion.

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing. The Plaintiff affected by this motion is being served today a copy hereof by electronic and U.S. mail at the addresses below.

      Respectfully Submitted,

BY:   */s/Paul M. Hoffman, P.A.*
      HOFFMAN LAW FIRM
      2881 E. Oakland Park Blvd.
      Fort Lauderdale, FL 33306
      Telephone:   (954) 707-5040
      Facsimile:   (954)  315-1702
      Email: pmh@paulmhoffmanlaw.com
      Florida Bar No. 0279897

CASE NO.   24-CV-21152-DPG

| | |
|---|---|
| Paul M. Hoffman, Esq.<br>Hoffman Law Firm<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>pmh@paulmhoffmanlaw.com<br>*Attorney for Plaintiff*<br><br>Ms. Beverly Dotter<br>BDotterlonkani@hotmail.com | Todd L. Sussman, Esq.<br>Norwegian Cruise Lines<br>7300 Corporate Center Drive<br>Miami, Florida 33126<br>Telephone: (305) 436-4653<br>tsussman@ncl.com<br>*Attorney for Defendant* |